NUMBER 13-99-630-CR

 COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

 ____________________________________________________________________ 


GENARO RAMIREZ, Appellant, 



v.

 

THE STATE OF TEXAS, Appellee. 

____________________________________________________________________ 



On appeal from the 24th District Court of Jackson County, Texas. 

____________________________________________________________________ 



MEMORANDUM OPINION

 Before Justices Hinojosa, Yañez, and Chavez

Opinion by Justice Yañez

 

 Appellant, Genaro Ramirez, pleaded guilty to burglary of a habitation on November 25, 1996. The trial court deferred
adjudication and placed appellant on community supervision for ten years. On September 15, 1999, the trial court
revoked Ramirez's community supervision, imposing a punishment of thirty-five years confinement in the Institutional
Division of the Texas Department of Criminal Justice. With one point of error, appellant alleges that his original plea
was involuntary. 

 A defendant placed on deferred adjudication community supervision may raise issues relating to the original plea
proceeding only in appeals taken when deferred adjudication community supervision is first imposed. Manuel v. State,
994 S.W.2d 658, 661-62 (Tex. Crim. App. 1999). Because appellant did not file this appeal within the deadlines set by
the rules of appellate procedure, we lack jurisdiction to consider it. Tex. R. App. P. 26.2; See also Manuel, 994
S.W.2d at 660-62. 

 The appeal is DISMISSED for want of jurisdiction. 



 

LINDA REYNA YAÑEZ 

Justice 





Do not publish. Tex. R. App. P. 47.3. 



Opinion delivered and filed this the 

21st day of December, 2000.